ELDRID SEQUEIRA, Appellant, v RACHEL SEQUEIRA, Respondent.

Submitted June 24, 2013; decided September 3, 2013

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

Judge ABDUS-SALAAM taking no part.

JOHNNY WATSON, Appellant, v SALVATORE PRIORE et al., Defendants, and STEVEN A. ABDOO et al., Respondents.

Submitted July 22, 2013; decided September 3, 2013

Motion, insofar as it seeks leave to appeal from the Appellate Division order affirming the June 2012 Supreme Court order, dismissed upon the ground that such order does not finally determine the action within the meaning of the Constitution; motion for leave to appeal otherwise denied.

ESTHER YORK, Appellant, v JOSEPH YORK, Respondent.

Submitted July 8, 2013; decided September 3, 2013

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.